**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lawrence J. Warfield, as Trustee for Osborn Scientific Group, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Advnt Biotechnologies, LLC, et al., <br><br> Defendants. | Consolidated Actions: <br> No. CV-06-0904-PHX-DGC (Lead Case) <br> No. CV-06-2787-PHX-DGC <br> No. CV-06-2788-PHX-DGC <br><br> **ORDER** |

The Court held a conference call on December 19, 2007 with counsel for the parties to the Bohannon settlement. The call was held on the record. The parties explained their efforts to conclude the settlement during the last two months. Mr. Greek, counsel for Robert and Nancy Bohannon, stated his belief that the parties reached a settlement on December 3, 2007. Mr. Porter, counsel for the other parties to the settlement, disagreed. Both Mr. Greek and Mr. Porter stated, however, that they believe the final terms of the settlement were worked out yesterday, although Mr. Porter has not yet communicated those final terms in writing to Mr. Greek. On the basis of the Court's conversation with the parties, the Court entered the following orders.

1. Mr. Porter shall communicate the final terms of the settlement agreement, as agreed to by the parties yesterday, to Mr. Greek before **noon** on **December 19, 2007**. The communication shall be made by email or fax.

2. On or before **noon** on **December 21, 2007**, Mr. Greek shall communicate to Mr. Porter, by email or fax, whether the final terms are acceptable to the Bohannons.

3. Mr. Greek shall file a notice with the Court by **3:00 p.m.** on **December 21, 2007**. The notice shall state either that the final terms of the settlement communicated by Mr. Porter are acceptable to all parties and a final settlement has been reached, or that the terms communicated by Mr. Porter are not acceptable and a final settlement has not been reached this week.

4. If Mr. Greek's notice states that a final settlement has been reached this week, the parties shall have until **January 4, 2008** to present the Court with final written settlement documents and a stipulation dismissing all claims resolved by the settlement.

5. If Mr. Greek's notice states that the parties were unable to conclude a settlement this week, the Court will hold an evidentiary hearing to determine whether the parties reached an enforceable settlement agreement on December 3, 2007. The evidentiary hearing will be held on **January 22, 2008 at 2:00 p.m.**

6. **The parties are advised that the Court will not extend the deadlines set in this order.**

DATED this 19th day of December, 2007.

_David G. Campbell_
David G. Campbell
United States District Judge